# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Deirdre Benik

                    Plaintiff,

v.                                            Case No.: 1:14−cv−03383
                                              Honorable Harry D. Leinenweber

VHS of Illinois, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 5/20/2015. Plaintiff's complaint is dismissed without prejudice until all terms of the settlement agreement have been complied with by both parties. This matter is set for status on 6/30/2015 at 09:00 AM. Failure of plaintiff to appear on that date will result in dismissal of the complaint with prejudice.Civil case terminated.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.