

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEIRDRE BENIK | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2014 CV 3383 |
| | ) | |
| VHS of ILLINOIS, INC., | ) | |
| A Delaware corporation, | ) | |
|     Defendant. | ) | |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter coming upon the settlement agreement reached between the parties and executed on May 14, 2015; due notice having been provided and the court being fully advised in the premises.

IT IS HEREBY ORDERED that this the Plaintiff's Complaint is dismissed without prejudice until all terms of the settlement agreement have been complied with by both parties. This matter is set for status on June 18, 2015, at 9:00 am without further notice. Failure of Plaintiff to appear on that date will result in dismissal of the Complaint with prejudice.

ENTERED:

_____
Presiding Judge

**HARRY D. LEINENWEBER**

2015 MAY 21 PM 4:52